**BOSE CORPORATION, Appellant**

v.

**SDI TECHNOLOGIES, INC., Appellee**

**2015-1322**
**2015-1323**
**2015-1961**
**2015-1963**

United States Court of Appeals, Federal Circuit.

November 14, 2016

Mark Joseph Hebert, Fish & Richardson, P.C., Boston, MA, argued for appellant. Also represented by Jolynn M. Lussier; Brian P. Boyd, Atlanta, GA.

Matthew B. Lowrie, Foley & Lardner LLP, Boston, MA, argued for appellee. Also represented by Matthew Ambros, Lucas I. Silva; Kimberly Kristin Dodd, Milwaukee, WI.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Clevenger and Reyna, Circuit Judges).

This Cause having been heard and considered, it is

Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**